**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPHY ALBERTO VENTURA,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:13-CV-01936 |
| vs. | : | (Petition Filed 07/16/2013) |
| **JON D. FISHER, ET AL.,** | : | (Judge Caputo) |
| **Respondents** | : | |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1), is **DENIED** pursuant to 28 U.S.C. § 2254(d).

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

s/A.Richard Caputo
A. RICHARD CAPUTO
United States District Judge

Dated: December 29, 2014